|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation | Order Filed on September 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No:  18-26660 ABA |
| In Re:<br>    Charles Bailey,<br>    Darlene D Bailey | Chapter: 13<br><br>Hearing Date: September 17, 2019 at 10:00 A.M.<br>Judge: Andrew B. Altenburg Jr. |

| Recommended Local Form    ☐    Followed    ☐    Modified |
|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: September 17, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as: **2016 CHRYSLER 300, VIN: 2C3CCAKG1GH161794,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
Darlene D Bailey
Charles Bailey
    Debtors

Case No. 18-26660-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin                Page 1 of 1                Date Rcvd: Sep 18, 2019
                    Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
db/jdb         +Darlene D Bailey,   Charles Bailey,   16 Richey Ave,   Oaklyn, NJ 08107-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Georgette    Miller    on behalf of Debtor Darlene D Bailey info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;GNonnenberg@georgettemillerlaw.com
         Georgette    Miller    on behalf of Joint Debtor Charles  Bailey info@georgettemillerlaw.com,
          georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;GNonnenberg@georgettemillerlaw.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
         John K. Justin    on behalf of Joint Debtor Charles  Bailey jkjustin@aol.com,
          justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com
         John K. Justin    on behalf of Debtor Darlene D Bailey jkjustin@aol.com,
          justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Rebecca K. McDowell    on behalf of Creditor    HELMER, CONLEY & KASSELMAN, P.A.
          rmcdowell@slgcollect.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
         William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                               TOTAL: 14