**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26660−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darlene D Bailey                                    Charles Bailey
   16 Richey Ave                                       16 Richey Ave
   Oaklyn, NJ 08107                                    Oaklyn, NJ 08107

Social Security No.:
   xxx−xx−3746                                         xxx−xx−8475

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

   Notice is hereby given that a Plan was confirmed in this matter on July 12, 2019.

   On September 20, 2019, the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                October 23, 2019
Time:                10:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 20, 2019
JAN: jpl

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-26660-ABA
Darlene D Bailey                                                            Chapter 13
Charles Bailey
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 2              Date Rcvd: Sep 20, 2019
                                Form ID: 185             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
```
db/jdb         +Darlene D Bailey,    Charles Bailey,    16 Richey Ave,    Oaklyn, NJ 08107-2306
cr             +HELMER, CONLEY & KASSELMAN, P.A.,    c/o Robert L. Saldutti, Esquire,    Saldutti, LLC,
                 800 N. Kings Highway, Suite 300,    Cherry Hill, NJ 08034-1511
517711044       ABC Bails Bonds,    434 Martin Luther King Blvd,    Oaklyn, NJ 08107
517711045      +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
517765000      +Baxter Financial LLC,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
517711046      +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
517711048      +Elite professional collection service,    PO BOX 692,    Little Falls, NJ 07424-0692
517711050      +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517711051      +Helmer Conley & Kasselman, PA,    111 White Horse Pike,,    Haddon Heights, NJ 08035-1909
517738207      +Helmer, Conley & Kasselman, PC,    c/o Saldutti Law Group,    800 Kings Highway N, Suite 300,
                 Cherry Hill, NJ 08034-1511
517711052      +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517711053       IC System, Inc,    444 Highway 96 East,    PO BOX 64437,    Saint Paul, MN 55164-0437
517711054       Laboratory Corporation of America,    P.O. Box 2240,    Burlington, NC 27216-2240
517711055       Lourdes Medical Associates,    PO BOX 824626,    Philadelphia, PA 19182-0462
517813641      +Lourdes Medical Associates LMA,    Apex Asset Management, LLC,    PO Box 5407,
                 Lancaster, PA 17606-5407
517807687      +PennyMac Loan Services, LLC.,    P.O. Box 2410,    Moorpark, CA 93020-2410
517711056      +Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514387,    Los Angeles, CA 90051-4387
517711058      +Suldutti Law Group,    800 N. Kings Hwy, Ste 300,    Cherry Hill, NJ 08034-1511
517711060     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518406078      +Toyota Motor Credit Corporation,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517754773      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517711061     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
               (address filed with court:   Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
517803201       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517711062      +Wf/bobs Fn,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2019 01:12:21     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2019 01:12:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517831174      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2019 01:30:59      AT&T CORP,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517806777       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2019 01:19:23
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517823848      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2019 01:20:27      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517711047      +E-mail/Text: bankruptcynotices@dcicollect.com Sep 21 2019 01:13:08
                 Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
                 Jacksonville, FL 32255-1268
517711049      +E-mail/Text: collectionbankruptcies.bancorp@53.com Sep 21 2019 01:13:11      Fifth Third Bank,
                 Attn: Bankruptcy Department,    1830 E Paris Ave Se,    Grand Rapids, MI 49546-8803
517839804       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2019 01:19:14
                 Portfolio Recovery Associates, LLC,    c/o Hsn,   POB 41067,    Norfolk VA 23541
517711057       E-mail/Text: bkrpt@retrievalmasters.com Sep 21 2019 01:12:15     RMCB,    PO BOX 1235,
                 Elmsford, NY 10523-0935
517714786      +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2019 01:19:03     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517711059      +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2019 01:19:03     Synchrony Bank/Walmart,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Sep 20, 2019
                              Form ID: 185             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Georgette   Miller    on behalf of Debtor Darlene D Bailey info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
               tify.bestcase.com;GNonnenberg@georgettemillerlaw.com
              Georgette   Miller    on behalf of Joint Debtor Charles   Bailey info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
               tify.bestcase.com;GNonnenberg@georgettemillerlaw.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              John K. Justin    on behalf of Debtor Darlene D Bailey jkjustin@aol.com,
               justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com
              John K. Justin    on behalf of Joint Debtor Charles   Bailey jkjustin@aol.com,
               justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca K. McDowell    on behalf of Creditor     HELMER, CONLEY & KASSELMAN, P.A.
               rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                              TOTAL: 14
```