UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2018-0904

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for PennyMac Loan Services, LLC

**Order Filed on December 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Darlene D. Bailey
Charles Bailey

Case No.:   18-26660-ABA

Hearing Date: 12/11/2019

Judge:   Honorable Andrew B. Altenburg, Jr.

Chapter:   13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)    is
hereby **ORDERED**.

**DATED: December 13, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Debtor: Darlene D. Bailey and  Charles Bailey

Case No.:  18-26660-ABA

Caption of Order:        ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC, with respect to 16 Richey Avenue, Collingwood, NJ 08107, appearing and for cause shown, it is

**ORDERED** as follows:

1.      The objection to confirmation filed on behalf of PennyMac Loan Services, LLC, is hereby resolved upon the condition that the debtor's plan is hereby amended to provide for payment in full of the pre-petition arrears due claimed by PennyMac Loan Services, LLC, in the amount of $14,253.09 as set forth in Claim 6.

2.      Debtor agrees to tender the post-petition mortgage payments directly to PennyMac Loan Services, LLC, in the amounts and in accordance with the terms of the Note, Mortgage, and any Modification Agreement(s), if applicable.

3.      The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.