

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2018-0904<br><br>Powers Kirn, LLC<br>ecf@powerskirn.com<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for PennyMac Loan Services, LLC | **Order Filed on December 13, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Darlene D. Bailey<br>Charles Bailey | Case No.:   18-26660-ABA<br><br>Hearing Date: 12/11/2019<br><br>Judge:   Honorable Andrew B. Altenburg, Jr.<br><br>Chapter:  13 |

### ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: December 13, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Darlene D. Bailey and Charles Bailey
Case No.: 18-26660-ABA
Caption of Order:    ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC, with respect to 16 Richey Avenue, Collingwood, NJ 08107, appearing and for cause shown, it is

**ORDERED** as follows:

1.  The objection to confirmation filed on behalf of PennyMac Loan Services, LLC, is hereby resolved upon the condition that the debtor's plan is hereby amended to provide for payment in full of the pre-petition arrears due claimed by PennyMac Loan Services, LLC, in the amount of $14,253.09 as set forth in Claim 6.

2.  Debtor agrees to tender the post-petition mortgage payments directly to PennyMac Loan Services, LLC, in the amounts and in accordance with the terms of the Note, Mortgage, and any Modification Agreement(s), if applicable.

3.  The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Darlene D Bailey
Charles Bailey
    Debtors

Case No. 18-26660-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 13, 2019
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.
db/jdb        +Darlene D Bailey,   Charles Bailey,   16 Richey Ave,   Oaklyn, NJ 08107-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:

            Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
            Georgette Miller    on behalf of Debtor Darlene D Bailey info@georgettemillerlaw.com,
            georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;GNonnenberg@georgettemillerlaw.com
            Georgette Miller    on behalf of Joint Debtor Charles  Bailey info@georgettemillerlaw.com,
            georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;GNonnenberg@georgettemillerlaw.com
            Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
            Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
            John K. Justin    on behalf of Joint Debtor Charles  Bailey jkjustin@aol.com,
            justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com
            John K. Justin    on behalf of Debtor Darlene D Bailey jkjustin@aol.com,
            justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com
            Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
            kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
            Rebecca K. McDowell    on behalf of Creditor    HELMER, CONLEY & KASSELMAN, P.A.
            rmcdowell@slgcollect.com
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
            William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
            William M.E. Powers    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
            William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                             TOTAL: 14