UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

File No. BN010891
MORGAN, BORNSTEIN & MORGAN
1236 Brace Road, Suite K
Cherry Hill, NJ  08034
Telephone:  (856) 795-2200
Attorneys for ABC BAIL BONDS
INC
Trustee
Isabel Balboa, Esq. Ch. 13
Trustee



**Order Filed on January 12, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In the Matter of:

DARLENE BAILEY
CHARLES D BAILEY

Chapter   13
Case No.: 18-26660
Hearing: 1/5/2021
Judge: Andrew B. Altenburg, Jr.

<u>**ORDER GRANTING RELIEF FROM**</u>
<u>**THE AUTOMATIC STAY**</u>

The relief set forth on the following pages, numbered two (2)

through _____ is hereby ORDERED:

**DATED: January 12, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page Two (2)
Debtor     :   DARLENE BAILEY
CHARLES D BAILEY
Case No.   :   18-26660
Caption of Order:   Order Vacating Stay


**THIS MATTER** having been brought before the Court upon the Motion of ABC Bail Bonds ("Movant"), by and through its attorneys Morgan, Bornstein and Morgan, Keith B. Morgan, Esquire appearing and notice having been given to Georgette Miller, Esquire, attorneys for the Debtors, Isabel Balboa, Esq. Ch. 13 Trustee, and all parties on the attached service list; and the Court having considered the pleadings filed by the Movant and the responsive pleadings thereto, if any; and the Court having further considered the arguments of counsel; and for good cause being shown;

1.  The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to pursue the Movant's rights as to the co-debtor, Pamela Ingram described below to the extent and in the manner provided by any applicable contract documents and non bankruptcy law.

The Movant shall serve this Order on the Debtor, any trustee and any other party who entered an appearance on the Motion.

<u>Description of Property (co-debtor)</u>
To proceed with collection as to
Pamela Ingram

Dated:
nik