```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

File No. BN010891
MORGAN, BORNSTEIN & MORGAN
1236 Brace Road, Suite K
Cherry Hill, NJ  08034
Telephone:  (856) 795-2200
Attorneys for ABC BAIL BONDS
INC
Trustee
Isabel Balboa, Esq. Ch. 13
Trustee

In the Matter of:

DARLENE BAILEY
CHARLES D BAILEY
```

**Order Filed on January 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter   13
Case No.: 18-26660
Hearing: 1/5/2021
Judge: Andrew B. Altenburg, Jr.

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through _____ is hereby ORDERED:

**DATED: January 12, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

```
Page Two (2)
Debtor     :    DARLENE BAILEY
                CHARLES D BAILEY
Case No.   :    18-26660
Caption of Order:   Order Vacating Stay
```

**THIS MATTER** having been brought before the Court upon the Motion of ABC Bail Bonds ("Movant"), by and through its attorneys Morgan, Bornstein and Morgan, Keith B. Morgan, Esquire appearing and notice having been given to Georgette Miller, Esquire, attorneys for the Debtors, Isabel Balboa, Esq. Ch. 13 Trustee, and all parties on the attached service list; and the Court having considered the pleadings filed by the Movant and the responsive pleadings thereto, if any; and the Court having further considered the arguments of counsel; and for good cause being shown;

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to pursue the Movant's rights as to the co-debtor, Pamela Ingram described below to the extent and in the manner provided by any applicable contract documents and non bankruptcy law.

    The Movant shall serve this Order on the Debtor, any trustee and any other party who entered an appearance on the Motion.

<u>Description of Property (co-debtor)</u>
To proceed with collection as to
Pamela Ingram

Dated:
nik

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 18-26660-ABA
Darlene D Bailey                                                                       Chapter 13
Charles Bailey
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2
Date Rcvd: Jan 12, 2021       Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Darlene D Bailey, Charles Bailey, 16 Richey Ave, Oaklyn, NJ 08107-2306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Georgette Miller
    on behalf of Debtor Darlene D Bailey bky@margolisedelstein.com
    gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;NonnenbergGR50524@notify.bestcase.com;Miller.GeorgetteR50524@notify.bestcase.com;MillerGR50524@notify.bes

Georgette Miller
    on behalf of Joint Debtor Charles Bailey bky@margolisedelstein.com
    gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;NonnenbergGR50524@notify.bestcase.com;Miller.GeorgetteR50524@notify.bestcase.com;MillerGR50524@notify.bes

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Jan 12, 2021     Form ID: pdf903     Total Noticed: 1

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

John K. Justin
    on behalf of Joint Debtor Charles Bailey jkjustin@aol.com
    justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com

John K. Justin
    on behalf of Debtor Darlene D Bailey jkjustin@aol.com
    justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com

Keith B. Morgan
    on behalf of Creditor ABC Bail Bonds  Inc. kmorgan@morganlaw.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Rebecca K. McDowell
    on behalf of Creditor HELMER  CONLEY & KASSELMAN, P.A. rmcdowell@slgcollect.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com


TOTAL: 15