---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2018-0904

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for PennyMac Loan Services, LLC

---

In Re:

Darlene D. Bailey
Charles Bailey

Case No.:  18-26660-ABA

Hearing Date: 04/26/2022

Judge:  Honorable Andrew B. Altenburg, Jr.

Chapter:  13

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

   ☒ represent the _____Creditor_____ in the above captioned matter.

   ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On April 25, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  Form of Order submitted

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

/s/ William M. E. Powers III
Dated: April 25, 2022                    William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>535 Route 38, Suite 580<br>Cherry Hill NJ  08002 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Georgette Miller, Esquire<br>100 Century Parkway<br>Suite 200<br>Mount Laurel, NJ  08054 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Darlene D. Bailey<br>16 Richey Avenue<br>Oaklyn NJ  08107 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Charles Bailey<br>16 Richey Avenue<br>Oaklyn, NJ  08107 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.