Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26660−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Darlene D Bailey                     Charles Bailey
   16 Richey Ave                       16 Richey Ave
   Oaklyn, NJ 08107                 Oaklyn, NJ 08107

Social Security No.:
   xxx−xx−3746                        xxx−xx−8475

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 28, 2020.

On 6/10/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              July 13, 2022
Time:             10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 13, 2022
JAN: lgr

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 18-26660-ABA

Darlene D Bailey     Chapter 13

Charles Bailey

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Jun 13, 2022     Form ID: 185     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darlene D Bailey, Charles Bailey, 16 Richey Ave, Oaklyn, NJ 08107-2306 |
| cr | + | HELMER, CONLEY & KASSELMAN, P.A., c/o Robert L. Saldutti, Esquire, Saldutti, LLC, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 517711044 | | ABC Bails Bonds, 434 Martin Luther King Blvd, Oaklyn, NJ 08107 |
| 517711046 | + | Capital Collection Ser, 20 E Taunton Rd # Bilg50, Berlin, NJ 08009-2603 |
| 517711048 | + | Elite professional collection service, PO BOX 692, Little Falls, NJ 07424-0692 |
| 517711050 | + | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517711051 | + | Helmer Conley & Kasselman, PA, 111 White Horse Pike,, Haddon Heights, NJ 08035-1909 |
| 517738207 | +++ | Helmer, Conley & Kasselman, PC, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 517711055 | | Lourdes Medical Associates, PO BOX 824626, Philadelphia, PA 19182-0462 |
| 517813641 | + | Lourdes Medical Associates LMA, Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517711058 | #+ | Suldutti Law Group, 800 N. Kings Hwy, Ste 300, Cherry Hill, NJ 08034-1511 |
| 518406078 | + | Toyota Motor Credit Corporation, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517711061 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 517803201 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517711062 | + | Wf/bobs Fn, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517831174 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2022 20:46:58 | AT&T CORP, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517711045 | ^ | MEBN | Jun 13 2022 20:41:41 | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 517806777 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2022 20:47:05 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517765000 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jun 13 2022 20:43:00 | Baxter Financial LLC, c/o Fein Such Kahn & |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 517823848 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2022 20:47:19 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517711047 | + | Email/Text: bankruptcynotices@dcicollect.com | Jun 13 2022 20:43:00 | Diversified Consultants, Inc., Diversified Consultants, Inc., Po Box 551268, Jacksonville, FL 32255-1268 |
| 517711049 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 13 2022 20:43:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 517711052 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 13 2022 20:43:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 517711053 | | Email/Text: Bankruptcy@ICSystem.com | Jun 13 2022 20:43:00 | IC System, Inc, 444 Highway 96 East, PO BOX 64437, Saint Paul, MN 55164-0437 |
| 517711054 | | Email/Text: govtaudits@labcorp.com | Jun 13 2022 20:43:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 517839804 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2022 20:46:56 | Portfolio Recovery Associates, LLC, c/o Hsn, POB 41067, Norfolk VA 23541 |
| 517807687 | + | Email/PDF: ebnotices@pnmac.com | Jun 13 2022 20:58:24 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 517711056 | + | Email/PDF: ebnotices@pnmac.com | Jun 13 2022 20:47:38 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 517711057 | | Email/Text: bkrpt@retrievalmasters.com | Jun 13 2022 20:43:00 | RMCB, PO BOX 1235, Elmsford, NY 10523-0935 |
| 517714786 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 20:47:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517711059 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2022 20:47:31 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517711060 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 13 2022 20:43:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 517754773 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 13 2022 20:43:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519501898 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2022 20:47:23 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Darlene D Bailey Miller.GeorgetteR50524@notify.bestcase.com;gmiller@margolisedelstein.com |
| Georgette Miller | on behalf of Joint Debtor Charles Bailey Miller.GeorgetteR50524@notify.bestcase.com;gmiller@margolisedelstein.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| John K. Justin | on behalf of Debtor Darlene D Bailey jkjustin@aol.com justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com |
| John K. Justin | on behalf of Joint Debtor Charles Bailey jkjustin@aol.com justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com |
| Keith B. Morgan | on behalf of Creditor ABC Bail Bonds Inc. kmorgan@morganlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rebecca K. McDowell | on behalf of Creditor HELMER CONLEY & KASSELMAN, P.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor PennyMac Loan Services LLC ecf@powerskirn.com |

TOTAL: 15