Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26660−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Darlene D Bailey | Charles Bailey |
| 16 Richey Ave | 16 Richey Ave |
| Oaklyn, NJ 08107 | Oaklyn, NJ 08107 |

Social Security No.:
   xxx−xx−3746                              xxx−xx−8475

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              October 4, 2022
Time:                 10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*70* – Certification in Opposition to (related document:69 Creditor's Certification of Default (related document:55 Motion for Relief from Stay re: 16 Richey Avenue, Collingswood, NJ 08107. Fee Amount $ 188. filed by Creditor PennyMac Loan Services, LLC) filed by William M.E. Powers on behalf of PennyMac Loan Services, LLC. Objection deadline is 09/8/2022. (Attachments: # 1 Exhibit A # 2 Certification by Mortgagee # 3 Certification Re Facsimile Signature # 4 Proposed Order # 5 Certificate of Service) filed by Creditor PennyMac Loan Services, LLC) filed by Georgette Miller on behalf of Charles Bailey, Darlene D Bailey. (Attachments: # 1 Certificate of Service) (Miller, Georgette)

and transact such other business as may properly come before the meeting.


Dated: September 9, 2022
JAN: lgr

                                                                                                     Jeanne Naughton
                                                                                                     Clerk