Form 173 − hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−26660−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Darlene D Bailey | Charles Bailey |
| 16 Richey Ave | 16 Richey Ave |
| Oaklyn, NJ 08107 | Oaklyn, NJ 08107 |

Social Security No.:
  xxx−xx−3746                                             xxx−xx−8475

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           October 4, 2022
Time:                  10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**70** − Certification in Opposition to (related document:69 Creditor's Certification of Default (related document:55 Motion for Relief from Stay re: 16 Richey Avenue, Collingswood, NJ 08107. Fee Amount $ 188. filed by Creditor PennyMac Loan Services, LLC) filed by William M.E. Powers on behalf of PennyMac Loan Services, LLC. Objection deadline is 09/8/2022. (Attachments: # 1 Exhibit A # 2 Certification by Mortgagee # 3 Certification Re Facsimile Signature # 4 Proposed Order # 5 Certificate of Service) filed by Creditor PennyMac Loan Services, LLC) filed by Georgette Miller on behalf of Charles Bailey, Darlene D Bailey. (Attachments: # 1 Certificate of Service) (Miller, Georgette)

and transact such other business as may properly come before the meeting.


Dated: September 9, 2022
JAN: lgr

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 18-26660-ABA

Darlene D Bailey                                                                  Chapter 13

Charles Bailey

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2022 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darlene D Bailey, Charles Bailey, 16 Richey Ave, Oaklyn, NJ 08107-2306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022                               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Darlene D Bailey Miller.GeorgetteR50524@notify.bestcase.com;gmiller@margolisedelstein.com;bky@dilworthlaw.com |
| Georgette Miller | on behalf of Joint Debtor Charles Bailey Miller.GeorgetteR50524@notify.bestcase.com;gmiller@margolisedelstein.com;bky@dilworthlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: 173 | Total Noticed: 1 |

Jennifer R. Gorchow
    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

John K. Justin
    on behalf of Joint Debtor Charles Bailey jkjustin@aol.com
    justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com

John K. Justin
    on behalf of Debtor Darlene D Bailey jkjustin@aol.com
    justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com

Keith B. Morgan
    on behalf of Creditor ABC Bail Bonds  Inc. kmorgan@morganlaw.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Rebecca K. McDowell
    on behalf of Creditor HELMER  CONLEY & KASSELMAN, P.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com

TOTAL: 15