### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

In re:

Darlene D. & Charles Bailey

                Debtor(s).

Chapter 13

Case No.: 18-26660

Judge: ABA

### NOTICE OF WITHDRAW

PLEASE TAKE NOTICE that the Motion to Vacate, filed on September 8, 2022 docket number 70 , is hereby **WITHDRAWN.**

Dated: October 3, 2022

By: /s/ Georgette Miller, Esq.___
**Georgette Miller**
Dilworth Paxson LLP
1500 Market Street
Suite 3500e
Phildelphia, PA 19102
Debtor(s) Attorney