Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26660−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Darlene D Bailey  
16 Richey Ave  
Oaklyn, NJ 08107

Charles Bailey  
16 Richey Ave  
Oaklyn, NJ 08107

Social Security No.:
xxx−xx−3746

xxx−xx−8475

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 15, 2022.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 15, 2022
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-26660-ABA |
| Darlene D Bailey | Chapter 13 |
| Charles Bailey | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 15, 2022 | Form ID: 148 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darlene D Bailey, Charles Bailey, 16 Richey Ave, Oaklyn, NJ 08107-2306 |
| cr | + | HELMER, CONLEY & KASSELMAN, P.A., c/o Robert L. Saldutti, Esquire, Saldutti, LLC, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 517711044 | | ABC Bails Bonds, 434 Martin Luther King Blvd, Oaklyn, NJ 08107 |
| 517711046 | + | Capital Collection Ser, 20 E Taunton Rd # Bilg50, Berlin, NJ 08009-2603 |
| 517711048 | + | Elite professional collection service, PO BOX 692, Little Falls, NJ 07424-0692 |
| 517711051 | + | Helmer Conley & Kasselman, PA, 111 White Horse Pike,, Haddon Heights, NJ 08035-1909 |
| 517738207 | +++ | Helmer, Conley & Kasselman, PC, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 517711055 | | Lourdes Medical Associates, PO BOX 824626, Philadelphia, PA 19182-0462 |
| 517813641 | + | Lourdes Medical Associates LMA, Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 518406078 | + | Toyota Motor Credit Corporation, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517711061 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2022 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2022 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517831174 | + | EDI: AIS.COM | Dec 16 2022 01:58:00 | AT&T CORP, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517711045 | ^ | MEBN | Dec 15 2022 21:00:44 | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 517806777 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2022 21:07:15 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517765000 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Dec 15 2022 21:04:00 | Baxter Financial LLC, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 517823848 | + | EDI: AIS.COM | Dec 16 2022 01:58:00 | Directv, LLC, by American InfoSource as agent, |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 148 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517711047 | + | EDI: DCI.COM | Dec 16 2022 01:58:00 | Diversified Consultants, Inc., Diversified Consultants, Inc., Po Box 551268, Jacksonville, FL 32255-1268 |
| 517711049 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Dec 15 2022 21:04:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 517711050 | ^ | MEBN | Dec 15 2022 21:00:48 | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 517711052 | + | EDI: LCIICSYSTEM | Dec 16 2022 01:58:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 517711053 | | EDI: LCIICSYSTEM | Dec 16 2022 01:58:00 | IC System, Inc, 444 Highway 96 East, PO BOX 64437, Saint Paul, MN 55164-0437 |
| 517711054 | | Email/Text: govtaudits@labcorp.com | Dec 15 2022 21:04:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 517839804 | | EDI: PRA.COM | Dec 16 2022 01:58:00 | Portfolio Recovery Associates, LLC, c/o Hsn, POB 41067, Norfolk VA 23541 |
| 517807687 | + | Email/PDF: ebnotices@pnmac.com | Dec 15 2022 21:07:35 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 517711056 | + | Email/PDF: ebnotices@pnmac.com | Dec 15 2022 21:07:36 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 517711057 | | Email/Text: bkrpt@retrievalmasters.com | Dec 15 2022 21:04:00 | RMCB, PO BOX 1235, Elmsford, NY 10523-0935 |
| 517714786 | + | EDI: RMSC.COM | Dec 16 2022 01:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517711059 | + | EDI: RMSC.COM | Dec 16 2022 01:58:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517711060 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 15 2022 21:04:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 517754773 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 15 2022 21:04:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519501898 | | Email/PDF: bncnotices@becket-lee.com | Dec 15 2022 21:07:37 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517803201 | | EDI: WFFC2 | Dec 16 2022 01:58:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517711062 | + | EDI: WFFC2 | Dec 16 2022 01:58:00 | Wf/bobs Fn, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517711058 | ##+ | Suldutti Law Group, 800 N. Kings Hwy, Ste 300, Cherry Hill, NJ 08034-1511 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Darlene D Bailey bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| Georgette Miller | on behalf of Joint Debtor Charles Bailey bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| John K. Justin | on behalf of Debtor Darlene D Bailey jkjustin@aol.com justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com |
| John K. Justin | on behalf of Joint Debtor Charles Bailey jkjustin@aol.com justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com |
| Keith B. Morgan | on behalf of Creditor ABC Bail Bonds  Inc. kmorgan@morganlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca K. McDowell | on behalf of Creditor HELMER  CONLEY & KASSELMAN, P.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor PennyMac Loan Services  LLC ecf@powerskirn.com |

TOTAL: 15